NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FELIPE DE JESUS HERNANDEZ-PADILLA, | No. 05-75291 |
| Petitioner, | Agency No. A076-850-597 |
| v. | MEMORANDUM* |
| ERIC H. HOLDER JR., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted November 6, 2009
San Francisco, California

Before: B. FLETCHER, CANBY, and GRABER, Circuit Judges.

Petitioner Felipe de Jesus Hernandez-Padilla petitions for review of the

Board of Immigration Appeals' denial of cancellation of removal. Because

Petitioner's case is in all relevant ways identical to the petitioner's case in Nunez-

Reyes v. Holder, No. 05-75291, slip op. at 6053 (9th Cir. Apr. 23, 2010), and in the

petitioner's case in Rice v. Holder, 597 F.3d 952 (9th Cir. 2010), we grant the

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

petition for review and remand for further proceedings.  As in <u>Nunez-Reyes</u>, we remand on an open record, and the government is free to raise any arguments not rejected in that opinion.

Petition GRANTED; case REMANDED.